Order entered February 4, 2015



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01302-CV

## GUARDIANSHIP OF MARTHA T. LATTIMORE, AN INCAPACITATED PERSON

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2014-1-166P**

## ORDER

We **GRANT** appellant's February 2, 2015 motion for leave to file a supplemental jurisdictional brief. We **ORDER** the supplemental jurisdictional brief tendered to this Court on February 2, 2015 filed as of the date of this order.

/s/      ELIZABETH LANG-MIERS
             JUSTICE